UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Jennifer Marie Cusumano

Debtor
_____/

Plaintiff(s)
_____/

Defendant(s)
_____/

Case No. 19-56910-mlo

Chapter 7

Hon. Oxholm

A.P. No. _____

## STATEMENT REGARDING OWNERSHIP OF NATIONSTAR MORTGAGE LLC.

☒ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Nationstar Sub 1 LLC, a Delaware limited liability company
Address: 350 Highland Drive  Lewisville, TX  75067

Name: Nationstar Mortgage Holdings Inc., a Delaware corporation
Address: 350 Highland Drive  Lewisville, TX  75067

Name: _____
Address: _____

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 3-27-19

_____
Signature of Authorized Individual

Courtney Brown
Print Name

Bankruptcy Manager
Title